No. 99–9508.  LOFTON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 99–9511.  WALSH v. FIRST UNUM LIFE INSURANCE CO. C. A. 2d Cir.  Certiorari denied.

No. 99–9513.  SHAW v. HILL, WARDEN, ET AL.  C. A. 9th Cir. Certiorari denied.

No. 99–9518.  TRICE v. GIBSON, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 99–9519.  WEBB v. CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 99–9520.  LONG v. LOUISIANA.  Ct. App. La., 4th Cir. Certiorari denied.

No. 99–9521.  LAWHORN v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 99–9523.  MEYER v. MONSANTO EMPLOYEES BENEFIT PLAN.  Sup. Ct. Fla.  Certiorari denied.

No. 99–9526.  BATES v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 99–9528.  MEADOR v. ESTATE OF McFADDEN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–9531.  SHULL v. UNITED PARCEL SERVICE.  Ct. App. Tex., 4th Dist.  Certiorari denied.

No. 99–9532.  PRICE v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 99–9534.  SLAUGHTER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 99–9535.  SATCHELL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.